# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>BARBARA FENNELL and<br>KEENAN FENNELL,<br><br>     Debtors | Case No. 23-18248 |

First Home Mortgage Corporation,
    Movant,

vs.                                                                                   Chapter 13

BARBARA FENNELL and
KEENAN FENNELL,

    Debtors

---

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY ON REAL PROPERTY LOCATED AT 406 GRANVILLE COURT, HAVRE DE GRACE, MARYLAND 21078

COMES NOW, First Home Mortgage Corporation (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) and 11 U.S.C. § 1301 pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about November 14, 2023, BARBARA FENNELL (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

5

3. Rebecca A Herr is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

4. KEENAN FENNELL is the Co-Debtor.

5. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Harford County, Maryland, and improved by a residence known as 406 Granville Court, Havre de Grace, Maryland 21078 (hereinafter the "Property").

6. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated December 30, 2021, and executed by Keenan A. Fennell, in the original principal amount of $378,026.00, with interest at the original note rate of 4.2500%. A copy of the promissory note is attached hereto.

7. Said promissory note is secured by a certain Deed of Trust also dated December 30, 2021 and recorded in the land records of Harford County, Maryland, related to the subject Property. A copy of the deed of trust is attached hereto.

8. Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

9. A statement of Debtor's accrued post-petition payment arrears is as follows: (a) November 1, 2023 through February 1, 2024 in the amount of $2,627.85 each, for a subtotal of $10,511.40; March 1, 2024 through June 1, 2024 in the amount of $2,651.02 each, for a subtotal of $10,604.08; Less suspense in the amount of $744.30 for a total of $20,371.18; (b) Movant has incurred attorney fees of $1,050.00 and filing cost of $199.00 associated with the present motion

for a subtotal of $1,249.00. Consequently, as of the filing date of the present motion, the total post-petition arrearage, inclusive of motion legal fees and costs, is $21,620.18.

10. A copy of the post-petition payment history is attached hereto as Exhibit "A".

11. A statement of Debtor's accrued pre-petition payment arrearage is as follows. The total pre-petition arrearage is $394.44. A more detailed statement of pre-petition debt is contained in Claim No. 13 dated January 23, 2024.

12. A detailed statement of debt is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $366,692.64 |
| Interest | $10,859.27 |
| Pro Rata MIP/PMI | $251.90 |
| Late Fees | $148.78 |
| Recoverable Balance | $2,377.50 |
| Escrow Advance | $2,828.29 |
| Additional Fees Due | $50.00 |
| Total: | $383,208.38 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

13. The Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value. Moreover, the Maryland State Department of Assessments and Taxation's real property report dated July 1, 2023 values the Property at $293,433.00.

14. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a) and 1301(a).

15. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) and 1301(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property. Maryland Local Bankr. Rule 4001-1(b)(7).

16. Cause also exists for terminating the co-debtor stay imposed by 11 U.S.C. § 1301(a) as the Debtor's Plan does not propose to pay the aforementioned arrearages, described at ¶ 11 *supra*, and the Movant is therefore entitled to relief pursuant to 11 U.S.C. §§ 1301(c)(2) and (c)(3).

17. In the event the automatic stay under 11 U.S.C. § 362(a) is terminated as to the subject Property, Movant may, at its discretion, discuss, offer and enter into any potential non-bankruptcy loss mitigation agreements, such as a forbearance agreement, a deed-in-lieu agreement or a loan modification agreement, with the Debtor.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) and 11 U.S.C § 1301(a) of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 406 Granville Court, Havre de Grace, MD 21078 and to allow successful purchaser to obtain possession of same; and,

2. That the Trustee cease making any further distributions to the Movant; and

8

3.    Grant such other and further relief as may be just and necessary.

                                    Respectfully Submitted,

                                    */s/Andrew Spivack*
                                    Andrew Spivack, MD Fed. Dist. No. 21497
                                    Ryan Srnik, MD Fed. Dist. No. 30811
                                    Attorney for Creditor
                                    BROCK & SCOTT, PLLC
                                    3825 Forrestgate Drive
                                    Winston Salem, NC 27103
                                    Telephone: (844) 856-6646
                                    Facsimile: (704) 369-0760
                                    E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion For Relief will be served electronically by the Court's CM/ECF system on the following:

Rebecca A Herr, Chapter 13 Trustee, at ecf@ch13md.com

Edward C. Christman, Jr, Debtor's Attorney, at christman-fascetta@bankruptcymd.com

I hereby further certify that on the 12th day of June, 2024, a copy of the Motion For Relief was also mailed first class mail, postage prepaid to:

BARBARA FENNELL
900 MARTELL COURT #L
BEL AIR, MD 21014

KEENAN FENNELL
406 GRANVILLE CT
HAVRE DE GRACE, MD 21078

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com