Entered: August 13th, 2024
Signed: August 13th, 2024

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>BARBARA FENNELL,<br>    Debtor | Case No. 23-18248 |
| First Home Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>BARBARA FENNELL,<br>    Debtor<br><br>and<br><br>KEENAN FENNELL,<br>    Co-Debtor | Chapter 13 |

**MFR No. 26**

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

Upon review of the Motion for Relief from the Automatic Stay and Co-Debtor Stay (MFR No. 26) filed herein by First Home Mortgage Corporation ("Movant"), and there being no response or objection by the Debtor, Co-Debtor or the Chapter 13 Trustee, it is hereby,

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 (a) and § 1301(a) is TERMINATED to enable Movant and/or its successors and assigns to avail itself of its rights under the Deed of Trust, Promissory Note, and state law, including but not limited to the initiation or continuation of foreclosure proceedings in the Circuit Court for Harford County, Maryland, against the property known as **406 Granville Court, Havre de Grace, MD 21078**, to obtain or transfer title to the Property, and to allow the successful purchaser to obtain possession of same; and it is further,

ORDERED, that the Trustee is directed to cease making any further distributions to the Movant; and it is further,

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) and § 1301(a) shall not be reimposed as to Debtor's interest and the Bankruptcy estate's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

Andrew Spivack, Esq.
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
*Counsel for Movant*

Edward C. Christman, Esq.
809 Gleneagles Court
Suite 310
Towson, MD 21286
*Counsel for Debtor*

BARBARA FENNELL
900 MARTELL COURT #L
BEL AIR, MD 21014
*Debtor*

KEENAN FENNELL
406 GRANVILLE CT
HAVRE DE GRACE, MD 21078
*Co-Debtor*

Rebecca A Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

                                                **END OF ORDER**