

**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>BARBARA FENNELL<br>　　　　DEBTOR(S) | CASE NO. 23-18248-MMH<br><br>CHAPTER 13 |
| BRENTWOOD PARK<br>CONDOMINIUM, INC<br><br>MOVANT<br><br>V.<br><br>BARBARA FENNELL,<br>DEBTOR(S)<br><br>RESPONDENT(S) | |

**CONSENT ORDER FOR RELIEF FROM STAY AS TO DEBTOR AS TO PROPERTY
KNOWN AS 900 MARTELL COURT, UNIT L, BEL AIR, MD 21014**

This cause came before the Court on the Motion for Relief from Stay filed by the

Movant, and the Debtor(s) Barbara Fennell, having consented to this by Counsel, it is therefore

ORDERED:

1

That the automatic stay of 11 U.S.C. § 362(a) is hereby terminated so as to permit the Movant, its successors and/or assigns, to pursue applicable state remedies as to the real property known as 900 Martell Court, Unit L, Bel Air, MD 2014.

IT IS FURTHER ORDERED that the Movant shall forbear from exercising any rights to seek repayment in Maryland State Court of the Debtor's post-petition Brentwood Park Condominium, Inc., condominium's owner's fees and dues under applicable law as to the subject real property provided that the Debtor performs under the condominium's association instrument and complies with the following terms and conditions of this Order:

1. That the Debtor(s), Brentwood Park Condominium, Inc. will resume regular monthly condominium's association payments in the amount of **$375.00** beginning November 1, 2024 and should the amount of the Debtor's monthly assessment change, the debtor will increase (or decrease) their assessments to that monthly payment, under the Declaration of Covenants, Conditions and Restrictions dated November 11, 1989, and recorded among the Land Records of Harford County in Liber No. 1588, folio 766, et. seq. The amount of the payment is subject to change in accordance with the Creditor's amendments to its Declaration of Covenants after proper notice.

2. That in addition beginning on or before November 15, 2024, the Debtor will pay **$448.17,** per month for six (6) months on the post-petition arrearage, **this in addition to the required monthly assessments due November 1, 2024 through April 1, 2025,** for a total payment of **$823.17** per month. The consent payments are due of the 15th of each month beginning November 15, 2024 through April 15, 2025. The post-petition arrearages of $2,689.00 consist of:

2

A. Monthly Assessments from June 1, 2024 through October 1, 2024 at $360 per month for a total of **$1,765.00**

B. Monthly Late Fees from June 15, 2024 through October 15, 2024 at $15.00 per month for a total of **$75.00**

C. Subtotal (All Assessments & Late fees): **$1,840.00**

F. Fees and Costs: **$849.00**

G. Total: **$2,689.00**

3. All payments shall be made directly to McMullen & Drury, P.A., 1504 East Joppa Road, Towson, Maryland 21286.

4. Debtor(s) tendering of a check which is subsequently returned unpaid shall not constitute a "payment" as that term is used in this Order.

5. That if the Debtor(s) fail(s) to make any payment as scheduled, Movant, its successors and/or assigns, or Movant's attorney will file a Notice of Default and will mail a copy of the Notice of Default to Debtor(s) and serve Debtor's attorney. The Debtor(s) will have 15 days to cure the default. **In the event that the default is not cured the Movant will file a Notice of Default and the forbearance is terminated without further Order of the Court.** In the event the Debtor(s) files an opposition on or before 10 days of the Notice disputing the default, the forbearance shall remain in effect until the dispute is adjudicated. In the event that the Movant has properly issued two prior notices both of which are cured by the Debtor(s), upon a third default the Movant may file an Affidavit of Default and the forbearance is terminated without further Notice or Order of the Court. In the event a partial payment is accepted by the Movant during the cure period, acceptance of said payment shall not constitute a satisfaction or waiver of the Notice of Default or of the Affidavit of Default.

3

6.  That in the event the case is converted to a Chapter 7, the forbearance is terminated.

7.  The fourteen (14) day stay of the relief from stay pursuant to Rule 4001 (a)(3) is hereby waived.

Consented to by:

/s/
Edward C. Christman, Jr.
Attorney for Debtor

/s/ Alexander Ross McMullen, III
Alexander Ross McMullen, III
Attorney for Movant

**I HEREBY CERTIFY** that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ Alexander R. McMullen, III, on this copy reference the signatures of consenting parties on the original consent order.

/s/ Alexander Ross McMullen, III

CC:
Alexander R. McMullen, Esq.
1504 East Joppa Road
Towson, MD 21286
amcmullen@mcmullenanddrury.com

Edward C. Christman, Jr., Esq.
809 Gleneagles Court, Suite 310
Towson, MD 21286
christman-fascetta@bankruptcymd.com

Barbara Fennell
900 Martell Court, Unit L
Bel Air, MD 21014

Rebecca A. Herr, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
ecf@ch1md.com

**END OF ORDER**