```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF MARYLAND

IN RE:                              *

BARBARA FENNELL                     *

        Debtor                      *        Case No: 23-18248 MMH

                                    *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

LINE TO SUBSTITUTE MODIFIED PLAN

Now comes Edward C. Christman, counsel to Debtor hereby asking that the attached modified plan be substituted for the modified plan previously filed at PACER Doc #53-3.

Dated: August 12, 2025

```
                              /s/Edward C. Christman
                              Edward C. Christman
                              Christman & Fascetta, LLC
                              809 Gleneagles Court
                              Suite 310
                              Towson, MD  21286
                              (410) 494-8388
```

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2025, a copy of the Line Substituting Modified Plan was sent electronically to:

**US Trustee**

- **Rebecca A. Herr**   ecf@ch13md.com
- **Christine Maggard**   christine.maggard@brockandscott.com, wbecf@brockandscott.com
- **Alexander Ross McMullen**   bankruptcy@mcmullenanddrury.com, amcmullen@mcmullenanddrury.com
- **Mark David Meyer**   bankruptcy@rosenberg-assoc.com

- **Andrew Leonard Spivack**　andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- **Ryan Srnik**　ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- **Nicole A. Williams**　nwilliams@reesbroome.com, efox@reesbroome.com

and mailed by first class mail, postage pre-paid to:

US Trustee
101 W. Lombard Street, #8350
Baltimore, Maryland 21201

All Creditors on attached matrix

                                              /s/ Edward C. Christman, Jr.
                                              Edward C. Christman, Jr.